# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LEROY BELTZ, AS INDEPENDENT EXECUTOR**
**OF THE ESTATE OF BEVERLY BELTZ, DECEASED**                **PLAINTIFF**

**vs.**                              **NO. 4:09CV00423 GTE**

**SALINE COUNTY MEDICALCENTER D/B/A**
**SALINE MEMORIAL HOSPITAL AND CONTINENTAL**
**CASUALTY INSURANCE COMPANY**                              **DEFENDANTS**

### ORDER OF DISMISSAL

The Court has been advised by the parties that this action has been settled.

IT IS THEREFORE ORDERED that the Complaint in this matter be, and it is hereby, DISMISSED WITH PREJUDICE.

SO ORDERED this 24th day of January, 2011.

　　　　　　　　　　　　　　　　　　　　　/s/Garnett Thomas Eisele
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE